UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANN HOBERT,

    Plaintiff,

-vs-                                    Case No. 6:07-cv-1782-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The decision of the Commissioner is **AFFIRMED**, and the Court directs the Clerk of Court to issue a judgment consistent with this order and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ____ day of January, 2009.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge